FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 28 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-02631 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

KAMAL K. K. ROY,

    Plaintiff,

v.

ASSOCIATIONS OF NATIVE AMERICAN INDIANS IN NY STATE AND USA,,

    Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted a set of confusing and mostly illegible documents that he apparently intends to be filed as a pleading in a new civil rights action. Plaintiff has failed either to pay the $350.00 filing fee or to file a motion seeking leave to proceed *in forma pauperis*. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) xx     is not submitted
(2) ___     is missing affidavit
(3) ___     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___     is missing required financial information
(5) ___     is missing an original signature by the prisoner
(6) ___     is not on proper form (must use the court's current form)
(7) ___     names in caption do not match names in caption of complaint, petition or habeas application
(8) ___     An original and a copy have not been received by the court. Only an original has been received.
(9) xx     other: <u>motion is necessary only if filing fee is not paid in advance</u>.

**Complaint, Petition or Application:**
(10) ___     is not submitted
(11) xx     is not on proper form (must use the court's current form)
(12) ___     is missing an original signature by the prisoner
(13) ___     is missing page nos. ___
(14) ___     uses et al. instead of listing all parties in caption
(15) ___     An original and a copy have not been received by the court. Only an original has been received.
(16) ___     Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___     names in caption do not match names in text
(18) xx     other: <u>complaint must be neat and legible</u>.

Accordingly, it is

    ORDERED that the clerk of the court commence a civil action in this matter. It is

    FURTHER ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, two copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 27th day of October, 2010.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '10 - CV - 02631

Kamal Roy
PO Box 1173
Saranac Lake, NY 12983

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms** to the above-named individuals on 10/25/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk