IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02631-BNB

REV. DR. KAMAL K.K. ROY,

    Plaintiff,

v.

ASSOCIATION OF NATIVE AMERICAN INDIANS IN NY STATE & USA,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -6 2010

GREGORY C. LANGHAM
                  CLERK

## ORDER OF DISMISSAL

Plaintiff initiated this action by submitting to the Court *pro se* a set of confusing and largely illegible documents that he apparently intended to have filed as a pleading in a new civil rights action. In an order filed on October 28, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Plaintiff to file a neat and legible pleading on the proper form and to either pay the filing fee or file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Magistrate Judge Boland also directed the clerk of the Court to provide the proper forms to Plaintiff. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On November 22, 2010, Plaintiff responded to the order to cure deficiencies by filing a complaint using the proper form as directed. However, like his original pleading,

the complaint filed on November 22 is largely illegible. Furthermore, Plaintiff has failed either to pay the filing fee or to file a legible motion seeking leave to proceed *in forma pauperis* on the proper form as required by the Court's local rules. **See** D.C.COLO.LCivR 8.1A. Although the documents attached to the complaint filed on November 22 include pages from form motions to proceed *in forma pauperis* (*see* Docs. #4 at p.62, #4-1 at pp.1, 40-42), those pages also are largely illegible, it does not appear that the pages submitted constitute a complete *in forma pauperis* motion, and the pages submitted are not part of the proper form. Therefore, because Plaintiff has failed to cure all of the deficiencies as directed, the action will be dismissed without prejudice. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure all of the deficiencies as directed.

DATED at Denver, Colorado, this __6th__ day of ___December___, 2010.                                   BY THE COURT:

                                s/Lewis T. Babcock
                                LEWIS T. BABCOCK, Senior Judge
                                United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02631-BNB

Kamal Roy
PO Box 1173
Saranac Lake, NY 12983

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on __12/6/10__

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk